WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**JAYDEE CLEMENT**,                                                    CV # 10-1028-TC

            Plaintiff,

vs.                                                                                    ORDER

**COMMISSIONER of Social Security**,

            Defendant.

_____

        Attorney fees in the amount of $4,992.09 are hereby awarded pursuant to the Equal Access

to Justice Act, 28 U.S.C. § 2412(d).  Subject to any offset allowed under the Treasury Offset

Program, payment of this award shall be made via check sent to Tim Wilborn's address: P.O. Box

2768, Oregon City, OR 97045.  If no debt subject to offset exists, payment shall be made in Tim

Wilborn's name.

        DATED this 22 day of ___Nov___, 2011.

                                                    _____
                                                    United States            Magistrate Judge

Submitted on November 21, 2011 by:

s/ Tim Wilborn
TIM WILBORN, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1